UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS CANO, ET AL., individually and behalf of those similarly situated,

        Plaintiffs

        vs.

JOHN ARMATO, YVETTE ARMATO a/ka/ YVETTE BAHAMONDE, TUSCANY MARBLE AND GRANITE, INC.,

        Defendants.
------------------------------------------------------------X

**Consent to Become a Party Plaintiff**

I hereby consent to be a party plaintiff in the above-captioned action including claims under the Fair Labor Standards Act. I understand that the action includes claims for unpaid overtime according to United States law and that the case has been filed as a prospective class action with respect to claims under New York law.

In the event that a class is certified, I designate the class representatives to act as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, settlement of the claims, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit.

Within the last three years, I worked for Defendants as a laborer. I worked for Defendants more than forty hours in one or more workweeks and did not receive overtime compensation of one-and-one half times my regularly hourly rate for all hours in excess of forty hours in each such workweek.

Name: Pedro Sanchez Romero

Signature: *Pedro Sanchez*

Date: 5/16/2023