AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

LUIS CANO, REYES WILFREDO FUNES ROMERO, KEVIN ZELAYA, and JOSE NELSON IRAHETA, individually and behalf of those similarly situated,

*Plaintiff(s)*

v.

JOHN ARMATO, YVETTE ARMATO a/k/a/ YVETTE BAHAMONDE, TUSCANY MARBLE AND GRANITE, INC.,

*Defendant(s)*

Civil Action No. 23-cv-03812-JMA-AYS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Armato
6 Halsey Lane
Centerport, NY 11721

See attached rider for additional Defendants Yvette Armato and Tuscany Mable and Granite, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Marlborough
The Marlborough Law Firm, P.C.
375 Sunrise Highway
Suite 3
Lynbrook, NY 11563

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

*Concetta Landow*

Date: 05/24/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LUIS CANO, REYES WILFREDO FUNES
ROMERO, KEVIN ZELAYA, and JOSE
NELSON IRAHETA individually and behalf of
those similarly situated,

       Plaintiffs

vs.

JOHN ARMATO, YVETTE ARMATO a/ka/
YVETTE BAHAMONDE, TUSCANY MARBLE
AND GRANITE, INC.,

       Defendants.

---------------------------------------------------------------X

Case No. 23-cv-3812

**Summons Rider**

Complete list of Defendants to be served:

    John Armato
    6 Halsey Lane
    Centerport, NY 11721

    Yvette Armato
    6 Halsey Lane
    Centerport, NY 11721

    Tuscany Marble and Granite, Inc.,
    6 Halsey Lane
    Centerport, NY 11721