UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS CANO, REYES WILFREDO FUNES ROMERO,
KEVIN ZELAYA, and Jose Nelson Iraheta, individually    Case No. 23-cv-3812
and behalf of those similarly situated,

       Plaintiffs                                                                NOTICE OF
                                                                                          APPEARANCE
   vs.

JOHN ARMATO, YVETTE ARMATO a/ka/ YVETTE
BAHAMONDE, TUSCANY MARBLE AND GRANITE,
INC.,

       Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that P. Bruce McBrien, an attorney with McBrien Law P.C., hereby enters an appearance in the above-captioned action as counsel for Plaintiffs, and respectfully requests that all notices and other papers in this action be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated: Hauppauge, New York
       July 12, 2023

                                                Respectfully Submitted

                                                /s/ P. Bruce McBrien

                                                McBrien Law P.C.
                                                140 Fell Ct., Suite 305
                                                Hauppauge, NY 11788
                                                (631) 403-0335
                                                bmcbrien@mcbrienlaw.com

                                                *Attorney for Plaintiffs*