# APPENDIX B

# DISCOVERY PLAN WORKSHEET
## Tier I Pre-Settlement Discovery
### TO BE COMPLETED IN ALL CASES

| | |
|---|---|
| Deadline for completion of Rule 26(a) initial disclosures and HIPAA-complaint records authorizations: | November 10, 2023 |
| Completion date for Phase I Discovery as agreed upon by the parties: (*See paragraph 7 of joint letter requirement*) | November 10, 2023 |
| Status conference TBD by the court: (*Generally 15 days post Tier I Discovery*) | November 27, 2023 |

**Tier II Discovery and Motion Practice**

| | |
|---|---|
| Motion to join new parties or amend the pleadings: *(Presumptively 15 days post status conference)* | December 7, 2023 |
| All fact discovery completed by: *(Presumptively 9 months after deadline for joining parties/amend the pleadings)* | September 9, 2024 |
| Expert discovery completed by: *(Presumptively 3 months after close of fact discovery)* | December 6, 2024 |
| Final date to take first step in dispositive motion practice: *(Parties are directed to consult the District Judge's individual rules regarding such motion practice. (Presumptively 30 days after close of discovery)* | January 6, 2025 |
| Joint Proposed Pretrial Order to be submitted: (*30 days after dispositive motion practice deadline*) | February 5, 2025 |